UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HEATHER KIESSLING
    Plaintiff,

V.                                                    C.A. No. _____

CYTONOME/ST, LLC, INGURAN, LLC
D/B/A SEXING TECHNOLOGIES, and
JUAN MORENO,
    Defendants.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Cytonome/ST, LLC ("Cytonome"), Inguran, LLC D/B/A Sexing Technologies ("ST"), and Juan Moreno (collectively "Defendants"), by their attorneys, Nixon Peabody LLP, hereby remove the above-captioned action to the United States District Court for the District of Massachusetts, and respectfully state as follows:

    1.    This action is removable pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b), on the grounds that this Court has original diversity jurisdiction, and the amount in controversy exceeds $75,000.00.

    2.    On or about August 22, 2016, a complaint in the above-captioned action was filed by the Plaintiff in the Trial Court of Massachusetts, Superior Court Department, County of Suffolk (the "State Court"), entitled *Heather Kiessling v. Cytonome/ST, LLC, Inguran, LLC D/B/A Sexing Technologies, and Juan Moreno, Docket No. 2016-2602*. Plaintiff served the Summons and Complaint on Cytonome and ST via Corporation Service Company, 84 State Street, Boston, MA 02109, on or about November 18, 2016, and personally on Juan Moreno at

3692 Shoshoni Court, College Station, TX 77845, on or about November 17, 2016. The action is now pending in Suffolk County Superior Court.

3. Pursuant to 28 U.S.C. § 1446(a), Defendants attach hereto as Exhibit A, the State Court Summonses and Complaint. These documents constitute all "processes, pleadings and orders" served upon Defendants in this action to date. There are no pending motions in the State Court action.

4. Upon information and belief, at the time of commencement of this action, Plaintiff, Heather Kiessling was a resident of the Commonwealth of Massachusetts, Essex County.

5. At the time of commencement of this action, Defendant Cytonome was organized under the laws of the State of Delaware with a principal place of business at 27 Drydock Avenue, Boston, MA 02210.

6. At the time of commencement of this action, Defendant ST was organized under the laws of the State of Delaware with a principal place of business at 22575 State Highway 6 South, Navasota, TX 77868.

7. At the time of commencement of this action, Defendant Juan Moreno was a resident of the State of Texas.

8. The Complaint alleges, *inter alia*, employment discrimination based on gender discrimination and retaliation. Plaintiff has demanded a judgment of compensatory damages, damages for emotional distress, lost wages, litigation costs, liquidated/punitive damages, and attorneys' fees against Defendants. It is Defendants' understanding that the amount in controversy exceeds $75,000.00.

9. This Notice of Removal is being filed within 30 days (given the 30th day falls on a Saturday, the removal is being filed on the following Monday, which is the 32nd day) after receipt by Defendants of notice of this action, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

10. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be served promptly upon Plaintiff and, together with a copy of the Notice of Removal, will be filed with the Clerk of the Trial Court of Massachusetts, Superior Court Department, County of Suffolk.

11. Defendants expressly reserve any and all defenses which may be available to them in this action.

12. In accordance with Local Rule 81.1, Defendants will file with this Court certified or attested copies of all records, proceedings and docket entries in the state court within twenty eight (28) days.

WHEREFORE, Defendants pray that this action proceed in this Court as an action properly removed thereto.

>                    CYTONOME/ST, LLC, INGURAN, LLC
>                    D/B/A SEXING TECHNOLOGIES, and
>                    JUAN MORENO
>
>                    By their Attorneys,
>
>                    /s/ Stacie B. Collier
>                    Stacie B. Collier, Esq. (BBO No. 645172)
>                    Erika M. Collins (BBO No. 657243)
>                    Nixon Peabody LLP
>                    100 Summer Street
>                    Boston, MA 02110
>                    Tel. (617) 345-1000
>                    Fax. (866) 947-1345
>                    Email: sbcollier@nixonpeabody.com
>                           ecollins@nixonpeabody.com

Dated: December 19, 2016

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the within Notice of Removal via the Court's ECF to Katherine Michon, Esq. and Patrick J. Hannon, Esq., on this 19th day of December, 2016.

/s/ Stacie B. Collier
Stacie B. Collier, Esq.