UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEATHER KIESSLING       : | |
|     Plaintiff,               : | |
|                              : | |
| V.                              : | C.A. No. 16 CA 12549 DJC |
|                              : | |
| CYTONOME/ST, LLC, INGURAN, LLC         : | |
| D/B/A SEXING TECHNOLOGIES, and            : | |
| JUAN MORENO,                                          : | |
|     Defendants. | |

**STIPULATION TO REMAND ACTION TO SUPERIOR COURT**

Plaintiff Heather Kiessling commenced the above-referenced action in the Trial Court of Massachusetts, Superior Court Department, County of Suffolk, on or about August 22, 2016.  On or about December 19, 2016, Defendants Cytonome/St, LLC, Inguran, LLC d/b/a Sexing Technologies, and Juan Moreno (collectively referred to as "Defendants") removed the action to the United States District Court for the District of Massachusetts on diversity grounds.  The Parties agree that complete diversity does not exist, and wish for this Court to remand the case to the Trial Court of Massachusetts, Superior Court Department, County of Suffolk, upon consent and without costs to any party.

The Parties have further agreed that Defendants will notify the Superior Court of the pendency of Defendants' Motion to Dismiss once the remand of this case becomes effective, and that Plaintiff's time to respond to that Motion will not be begin until such notice is provided to the Superior Court.

IT IS HEREBY STIPULATED AND AGREED that this action shall be remanded to the Trial Court of Massachusetts, Superior Court Department, County of Suffolk, for all further proceedings herein, without costs to any party.

| | |
|---|---|
| **HARTLEY MICHON ROBB, LLP** | **NIXON PEABODY LLP** |
| By: /s/ Patrick J. Hannon<br>Kathleen Michon, Esq. (BBO #561792)<br>Patrick J. Hannon, Esq. (BBO #664958)<br>155 Seaport Blvd., 2nd Floor<br>Boston, MA  02210<br>Phone: (617) 723-8000<br>Email: kmichon@hartleymichonrobb.com<br>phannon@hartleymichonrobb.com | By: /s/ Stacie B. Collier<br>Stacie B. Collier, Esq. (BBO#645172)<br>Erika M. Collins, Esq. (BBO #657243)<br>100 Summer Street<br>Boston, MA  02110<br>Phone: (617) 345-1000<br>Email: sbcollier@nixonpeabody.com<br>ecollins@nixonpeabody.com |
| Attorneys for Plaintiff | Attorneys for Defendants |